# In The United States Court of Federal Claims

No. 11-490C

(Filed: July 28, 2011)

_____

THE GEO GROUP, INC.,

                Plaintiff,

v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

A telephonic status conference will be held in this case today at 2:00 p.m. (EDT). Chambers will contact the parties shortly before the scheduled conference time.

**IT IS SO ORDERED.**

                                            s/ Francis M. Allegra
                                            Francis M. Allegra
                                            Judge