# In The United States Court of Federal Claims

No. 11-490C

(Filed: July 28, 2011)

_____

THE GEO GROUP, INC.,

                Plaintiff,

v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

     A telephonic status conference will be held in this case on Monday, August 2, 2011, at 2:00 p.m. (EDT).  Chambers will contact the parties shortly before the scheduled conference time.

     **IT IS SO ORDERED.**

                                                      s/ Francis M. Allegra
                                                      Francis M. Allegra
                                                      Judge