# In The United States Court of Federal Claims

No. 11-490C

(Filed: July 28, 2011)

_____

THE GEO GROUP, INC.,

                Plaintiff,

v.

THE UNITED STATES,

                Defendant,

and

COMMUNITY FIRST SERVICES, INC.

                Defendant-Intervenor.

_____

**ORDER**

_____

      Today, a telephonic status conference was held in this case. Participating in the conference were Matthew H. Kirtland, for plaintiff, Devin A. Wolak, for defendant, and Jonathan D. Schaffer, for defendant-intervenor. Accordingly, on or before July 29, 2011, at 12:00 p.m. (EDT), defendant and defendant-intervenor shall file their respective responses.

      **IT IS SO ORDERED.**

                                                    s/ Francis M. Allegra
                                                    Francis M. Allegra
                                                    Judge