# In The United States Court of Federal Claims

No. 11-490C

(Filed: August 1, 2011)

_____

THE GEO GROUP, INC.,

                Plaintiff,

       v.

THE UNITED STATES,

                Defendant,

       and

COMMUNITY FIRST SERVICES, INC.

                Defendant-Intervenor.

_____

**ORDER**

_____

       Today, a telephonic status conference was held in this case. Participating in the conference were Matthew H. Kirtland, for plaintiff, Devin A. Wolak, for defendant, and Jonathan D. Shaffer, for defendant-intervenor. Pursuant to discussions during the conference, the court adopts the following schedule:

       1.     On or before August 4, 2011, defendant shall file the administrative record on CD-ROM and effectuate service to all parties;

       2.     On or before August 8, 2011, plaintiff shall file, if necessary, its motion to supplement the administrative record;

       3.     On or before August 26, 2011, plaintiff shall file its motion for judgment on the administrative record;

4. On or before September 16, 2011, defendant shall file its response and cross-motion for judgment on the administrative record;

5. On or before September 23, 2011, plaintiff shall file its response to defendant's cross-motion and a reply in support of its motion for judgment on the administrative record;

6. On or before September 30, 2011, defendant shall file its reply in support of its cross-motion for judgment on the administrative record;

7. All briefing deadlines applicable to defendant shall apply likewise to defendant-intervenor; and

8. A telephonic oral argument on plaintiff's motion for preliminary injunction will be held in this case on October 5, 2011, at 10:00 a.m. (EDT). Chambers will contact the parties shortly before the scheduled argument time.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge