# In The United States Court of Federal Claims

No. 11-490C

(Filed: October 5, 2011)

_____

THE GEO GROUP, INC.,

                Plaintiff,

v.

THE UNITED STATES,

                Defendant,

and

COMMUNITY FIRST SERVICES, INC.

                Defendant-Intervenor.

_____

**ORDER**

_____

      Today, the court held telephonic oral argument on the parties' motions for judgment on the administrative record. Participating for plaintiff was Matthew H. Kirtland; participating for defendant was Devin Andrew Wolak; participating for defendant-intervenor was Jonathan D. Shaffer. Based upon the discussions that occurred during the argument, on or before October 12, 2011, each party shall file a memorandum, not to exceed ten pages in length, addressing the issue whether this court may issue declaratory relief without addressing the traditional factors for issuing an injunction.

    **IT IS SO ORDERED.**

                                               s/ Francis M. Allegra
                                               Francis M. Allegra
                                                Judge