# In the United States Court of Federal Claims

No. 11-490 C

**THE GEO GROUP, INC.**
    **Plaintiff**

    **v.**                                                                        **JUDGMENT**

**THE UNITED STATES**
    **Defendant**

    **and**

**COMMUNITY FIRST**
**SERVICES, INC.**
    **Defendant-Intervenor**

      Pursuant to the court's Order, filed October 24, 2011, granting plaintiff's motion to voluntarily dismiss,

      IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 41(a), that the complaint is dismissed with prejudice.

                                                     Hazel C. Keahey
                                                      Clerk of Court

**October 27, 2011**                    By:    s/ Debra L. Samler

                                                      Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs.  Filing fee is $455.00.