# In The United States Court of Federal Claims

No. 11-490C

(Filed: April 23, 2012)

_____

THE GEO GROUP, INC.,

                 Plaintiff,

        v.

THE UNITED STATES,

                 Defendant,

        and

COMMUNITY FIRST SERVICES, INC.

                 Defendant-Intervenor.

_____

**ORDER**

_____

      On March 22, 2012, defendant-intervenor filed a motion to amend the protective order in this case. On April 9, 2012, plaintiff and defendant filed their responses to the motion. On April 19, 2012, defendant-intervenor filed its reply in support of its motion. On or before May 4, 2012, plaintiff and defendant shall file surreplies responding to the specific claims made by defendant-intervenor in its reply.

      **IT IS SO ORDERED.**

                                              s/ Francis M. Allegra
                                              Francis M. Allegra
                                              Judge