# In The United States Court of Federal Claims

No. 11-490C

(Filed: May 24, 2012)

_____

THE GEO GROUP, INC.,

                Plaintiff,

      v.

THE UNITED STATES,

                Defendant,

      and

COMMUNITY FIRST SERVICES, INC.

                Defendant-Intervenor.

_____

**ORDER**

_____

On March 22, 2012, defendant-intervenor filed a motion to amend the protective order in this case.  On April 9, 2012, plaintiff and defendant filed their responses to the motion.  On April 19, 2012, defendant-intervenor filed its reply in support of its motion.  On May 4, 2012, per this court's order, plaintiff and defendant filed sur-replies to the motion.  On May 23, 2012, defendant-intervenor filed a motion for leave to file a response to the sur-replies and to file a copy of a modified protective order that the plaintiff and the defendant-intervenor have moved the court to adopt in their case in the United States District Court for the Eastern District of New York.  Defendant intervenor's motion for leave is hereby **GRANTED**, in part, and **DENIED**, in part.  The Clerk shall file the proposed protective order attached to defendant-intervenor's motion; no further briefing will be received on the motion to amend the protective order.  Defendant-intervenor shall file a notification with the court within one week after the district court acts on the motion to modify the protective order.

      **IT IS SO ORDERED.**

                                            s/ Francis M. Allegra
                                            Francis M. Allegra
                                            Judge