# In The United States Court of Federal Claims

No. 11-490C

(Filed: June 7, 2012)

_____

THE GEO GROUP, INC.,

                    Plaintiff,

v.

THE UNITED STATES,

                    Defendant,

     and

COMMUNITY FIRST SERVICES, INC.

                    Defendant-Intervenor.

_____

**ORDER**

_____

      On March 22, 2012, defendant-intervenor filed a motion to amend the protective order in this case.  On April 9, 2012, plaintiff and defendant filed their responses to the motion.  On April 19, 2012, defendant-intervenor filed its reply in support of its motion, in which it narrowed the focus of its motion to certain documents.  On May 4, 2012, per this court's order, plaintiff and defendant filed sur-replies to the motion.  On May 23, 2012, defendant-intervenor filed a motion in which it indicated it had further narrowed the documents that it requested access to.  On May 29, 2012, defendant-intervenor notified the court that the United States District Court for the Eastern District of New York had modified the protective order in that case.

      Defendant-intervenor's motion to modify the protective order is hereby **GRANTED**.  Accordingly:

      1.      Counsel admitted to the protective order in this court shall be permitted to use the following materials in the parties' case in the United States District Court for the Eastern District of New York, subject to the protective order in that case:

    a.    Administrative record pages AR0407-0408, 0409-0422, 0423-0427, 0457-0469, 0485-0495, 0505-0530, 0531-0534, 0542-0545, 0567, 0576-0584, 0585-0590, 0629-0631, 0682-0703, 0722-0728, 0730-0785, 0805, 0812-0813, 0837-0840, 0841-0842, 0843-0844, 0845-0846, 0847-0848, 0859, 0860-0862, 0863-1261, 1574-1583, 1668-1688, 1689, 1704-1705, 1706-1726; and

    b.    The transcript for the October 5, 2011 oral argument in this court;

2. Counsel for plaintiff and defendant-intervenor shall be permitted to retain two copies of the aforementioned materials; and

3. Defendant-intervenor shall notify the court immediately should the United States District Court for the Eastern District of New York further modify the protective order in that case.

**IT IS SO ORDERED.**

                                          s/ Francis M. Allegra
                                          Francis M. Allegra
                                          Judge